UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE O'NEILL,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>    Defendant. | Case No.: 24cv45-JM-SBC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(Doc. No. 11) |

Presently before the court is the Parties' "Joint Stipulation and Motion to Dismiss." (Doc. No. 11). The Joint Motion is signed by all Parties who have appeared in this action. Under Rule 41(a)(1)(A), a plaintiff may dismiss an action without a court order by: (1) filing a notice of voluntary dismissal before a defendant has filed either an answer or a motion for summary judgment; or (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A). The Parties' Joint Motion satisfies the requirements of Rule 41(a)(1)(A)(ii) and is, therefore, effective on filing. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

///

///

1

The action, in its entirety, is **DISMISSED WITH PREJUDICE** pursuant to the Parties' Motion. The Parties shall each bear their own attorneys' fees and costs. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: May 13, 2024

JEFFREY T. MILLER
United States District Judge